NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SIERRA M. DAVIS PARHAM,          )
                                 )
          Appellant,             )
                                 )
v.                               )
                                 )      Case No.  2D18-4016
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
                                 )
_____ )

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Polk
County; Keith P. Spoto, Judge.

Howard L. Dimmig, II, Public Defender,
and Megan Olson, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


KHOUZAM, C.J., and VILLANTI and SLEET, JJ., Concur.